IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

T.C. HULETT JR.,

    *Plaintiff,*

vs.

JOHNSON COUNTY SHERIFF'S OFFICE et al.,

    *Defendants,*

AND

T.C. HULETT JR.,

    *Plaintiff*,

vs.

SHANE KRULL, et al.,

    *Defendants*.

Case No. 5:22-cv-04065-DDC-BGS
Case No. 6:23-cv-01023-EFM-KGG

**MEMORANDUM AND ORDER**

Herein, the Court addresses two cases asserted by pro se Plaintiff T.C. Hulett Jr. and currently pending in the District of Kansas: *Hulett v. Johnson County Sheriff's Office et al.*, 5:22-cv-04065-DDC-BGS before Judge Daniel Crabtree and *Hulett v. Krull et al.*, 6:23-cv-01023-EFM-

KGG before Judge Eric Melgren.[1]  Plaintiff filed both cases asserting a long list of federal and state claims stemming from his arrest.[2] In *Johnson*, Defendants moved to dismiss, and the Court dismissed all claims without prejudice.[3]  In *Krull*, Defendants moved for judgment on the pleadings, which the Court likewise granted.[4]

On September 25, 2023, Plaintiff filed a document in both cases titled "Plaintiff asking the court for a statement of decision." Plaintiff states he is asking "for a statement of decision to close and dismiss these major cases" and indicated that he has not received any paperwork for his cases in the mail and has had trouble accessing the electronic filing system. He also recites some personal struggles he is having.

The Court construes this filing as a request to have a copy of the relevant orders and judgments in these cases re-mailed to him. Accordingly, the Court directs the Clerk of Court to mail this order to the address on file, along with a copy of the orders (Doc. 28 in 6:23-cv-01023-EFM-KGG and Doc. 29 in 5:22-cv-04065-DDC-BGS) and judgments (Doc. 29 in 6:23-cv-01023-EFM-KGG and Doc. 30 in 5:22-cv-04065-DDC-BGS). Plaintiff is also registered for ECF notifications and should receive notice of this order by email. The Court additionally directs the Clerk of Court to email a copy of the orders and judgments to the email address listed for Plaintiff. The Court finally notes that under D. Kan. Rule 5.1(b), it is Plaintiff's obligation to keep his contact information current.

---

[1] Plaintiff filed very similar claims in yet another case in this court, 6:23-cv-1026 Hulett v. Shannon et al., before Judge Holly Teeter.

[2] Because Plaintiff proceeds pro se, his pleadings are construed liberally and held to a less stringent standard than pleadings drafted by lawyers. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). But the Court does not assume the role of advocate. *Id.*

[3] Doc. 29 in 5:22-cv-04065-DDC-BGS.

[4] Doc. 28 in 6:23-cv-01023-EFM-KGG.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2023.

*Eric F. Melgren*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE